**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MYRNA GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:11-cv-03065-PWG |
| | ) | |
| ELAN FINANCIAL SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

**REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL**

HERBERT SCHOENFELD (Plaintiff), by their attorneys, KROHN & MOSS, LTD.,

hereby request this honorable court for additional time to file the dismissal for the next 60 days.

The settlement terms have not been fully executed

Respectfully Submitted,

Dated: August 22, 2013          KROHN & MOSS LTD

/s/ Frederick Nix

Fredrick Nix
Law Office of Fredrick E. Nix
240 S Potomac Street
Hagerstown, MD 21740
Tel: 888-221-6685
E-mail: frederick.nix@attorneynix.com

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2013, I electronically filed the foregoing Request for

Extension of Time to File Dismissal with the Clerk of the Court by using the CM/ECF System. I

further certify that a copy of the foregoing was sent by way of USPS to the following:

Scott H. Marder
Duane Morris LLP
111 S Calvert St Ste 2000
Baltimore MD 21202

By:   /s/ Frederick Nix, Esq.
          Frederick Nix, Esq